## Blanchie J. THORNTON, Plaintiff–Appellee,

v.

## MISSISSIPPI DEPARTMENT OF CORRECTIONS, et al., Defendants–Appellants.

No. 03–61088.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 25, 2004.

Jim D. Waide, III, Luther Calvin Fisher, IV, Waide & Associates, Tupelo, MS, for Plaintiff–Appellee.

Leonard Charlton Vincent, Parchman, MS, and Joseph Allen Goff, Jackson, MS, for Defendants–Appellants.

Before HIGGINBOTHAM, JONES and BARKSDALE, Circuit Judges.

PER CURIAM: *

This court must examine its own appellate jurisdiction *sua sponte,* if necessary.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5th CIR. R. 47.5, the Court has determined that this opinion should not be

In this case we find no dispositive order, memorandum opinion, or docket entry from the district court determining the issue of qualified immunity on the pleadings or on summary judgment. Consequently,

It is ORDERED that this appeal is DISMISSED.

* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.